[No. 5840-9-III.  Division Three.  May 9, 1985.]

MITCHELL WAYNE FRANK, *Appellant*, v. ROBERT
KASTAMA, as *Superintendent of the
Washington State Penitentiary*,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 82-2-00227-6, Yancey Reser, J., entered
March 28, 1983. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 5864-6-III.  Division Three.  May 9, 1985.]

WALTER KOPF, ET AL, *Respondents*, v. MARJORIE
J. BRAZEAU, ET AL, *Defendants*, EVERGREEN
SPRAY SERVICE, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 81-2-00269-0, Robert S. Day, J., entered
April 26, 1983. *Reversed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6144-2-III.  Division Three.  May 9, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIENNE
DIANE HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 83-1-00172-6, Albert J. Yencopal, J.,
entered October 28, 1983. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Green, C.J., and Mun-
son, J.